In the Matter of ELIAS H. ATTEA, JR., Appellant, v TAX APPEALS TRIBUNAL et al., Respondents.

Decided October 27, 2009

Reported below, 64 AD3d 909.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.